IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02815-MSK-MJW

GARY LENSKY, an individual;
RAFI CANETI, an individual; and
ZACHARY PEDIGO, an individual,

        Plaintiffs,

v.

COUNTY OF HUERFANO, COLORADO, a political subdivision of the State of Colorado;
BRUCE NEWMAN, Sheriff of Huerfano County, Colorado, in his personal and official capacity;
KEVIN VALLEJOS, Deputy Sheriff of Huerfano County, Colorado, in his personal capacity;
HANK MARTIN, Deputy Sheriff of Huerfano County, Colorado, in his personal capacity;
RAY WALSH, Dpeuty Sheriff of Huerfano Coutny, Colorado, in his personal capacity;
ROGER CAIN, Commissioner of Huerfano County, Colorado, in his personal and official capacity; and
NICK ARCHULETTA, Road and Bridge Supervisor of Huerfano County, Colorado, in his personal and official capacity,

        Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 2nd day of December, 2010.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge