IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02815-MSK-MJW

GARY LENSKY;
RAFI CANETI; and,
ZACHARY PEDIGO,

Plaintiffs,

v.

COUNTY OF HUERFANO, COLORADO, a political subdivision of the State of Colorado;
BRUCE NEWMAN, Sheriff of Huerfano County, Colorado, in his personal and official capacity;
KEVIN VALLEJOS, Deputy Sheriff of Huerfano County, Colorado, in his personal capacity;
HANK MARTIN, Deputy Sheriff of Huerfano County, Colorado, in his personal capacity;
RAY WALSH, Deputy Sheriff of Huerfano County, Colorado, in his personal capacity;
ROGER CAIN, Commissioner of Huerfano County, Colorado, in his personal and official capacity; and
NICK ARCHULETTA, Road and Bridge Supervisor of Huerfano County, Colorado, in his personal and official capacity,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiffs' Motion for Leave for Alternative Service of Process (Docket No. 9) is granted in part and denied in part as follows.  The motion is denied to the extent that the court will not at this time permit alternate service via certified mail.  It is, however,

**ORDERED** that the plaintiffs may effectuate service either via the waiver provisions contained in Fed. R. Civ. P. 4(d) or by the United States Marshal Service pursuant to Fed. R. Civ. P. 4(c)(3).  With regard to the latter, it is hereby

**ORDERED** that service of process of the summons and complaint in this matter may be made by a United States marshal or deputy marshal.  If plaintiffs wish to pursue this method of service, they shall contact the U.S. Marshal Service to make the necessary arrangements including payment of any fees.  It is further

2

**ORDERED** that the court accepts the signatures of plaintiffs Caneti and Pedigo for the Complaint.  It is further

**ORDERED** that the Show Cause Hearing and Rule 16 Scheduling/Planning Conference set for April 28, 2011, at 8:30 a.m. is **vacated and reset to June 7, 2011, at 8:30 a.m.** in in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing.  **Plaintiffs shall appear in person** and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m), 16(f), and/or 41(b) based upon the plaintiffs' failure to appear, failure to serve the defendants, failure to comply with court orders, and failure to prosecute this action.  It is further

**ORDERED** that the parties shall submit their Confidential Settlement Statements and their joint proposed Scheduling Order on or before May 31, 2011.

**ORDERED** that the plaintiffs shall provide each defendant with a copy of this Minute Order, the previously-issued Order to Show Cause (Docket No. 6), and this court's Order Setting Scheduling/Planning Conference filed on January 11, 2011 (Docket No. 4), and then file a certificate of service with the court indicating that they have provided defendants with a copy of these Orders.

Date: April 15, 2011